IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER RENICK,

        Appellant,

v.

        Case No. 5D22-114
        LT Case No. 2014-CF-004335

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed October 18, 2022

Appeal from the Circuit Court
for Osceola County,
Mikaela Nix-Walker, Judge.

Matthew J. Metz, Public Defender, and
Scott G. Hubbard,
Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and
Rebecca Rock McGuigan,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.


      AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.